Ruffin, C. J.
 

 If the motion had been made at the first term it would have been proper to allow it, unless the defendant had then offered to give ‘ a sufficient bond.
 
 McDowell
 
 v.
 
 Bradley,
 
 8 Ire. 92. So, if the defendants were not of substance to answer the plaintiff’s recovery made and the «costs, the Court might have laid them under a rule to
 
 *184
 
 give a proper bond, which would secure the plaintiff. There was no suggestion of that kind, but the plaintiff insisted peremptorily, that the Court- should not entertain the appeal, by reason, merely, that an appeal bond had not been duly given. Now the omission to make that motion, for two years after the case was in the Superior Court for trial, is, according to the established practice, such
 
 laches
 
 as deprives the appellee o( the right to make it at all.
 
 Wallace
 
 v.
 
 Corbit
 
 4 Ire. 45 ;
 
 Arrington
 
 v.
 
 Smith,
 
 4 Ire. 59.
 

 Pee. Curiam. Judgment reversed, and a
 
 procedendo
 
 awarded.